# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 23, 2024

Tanya Monestier
101 Charleston Avenue
Kenmore, NY  14217

      RE:  24-3585  Rhonda Burnett, et al v. Tanya Monestier
            24-3589  Rhonda Burnett, et al v. Hao Zhe Wang

Dear Appellant:

     The district court clerk has transmitted a notice of appeal and docket entries in these matters, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court. These cases will be consolidated to the extent possible for briefing and submission to the Court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

     If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

RDB

Enclosure(s)

cc: Deepti Bansal
    Alexander C. Barrett
    Karl Barth
    John Bash
    Steve Berman
    Boris Bershteyn
    Jack R. Bierig
    Anne Bigler
    Michael D. Bonanno
    Brandon J.B. Boulware
    Theodore J. Boutrous Jr.
    Jean Paul Bradshaw II
    Robert Abraham Braun
    Benjamin D. Brown
    David R. Buchanan
    William Anthony Burck
    Matthew Thomas Ciulla
    Taylor Leigh Connolly
    Gregg J. Costa
    William Cravens
    Jacob K. Danziger
    Eric L. Dirks
    Martin G. Durkin Jr.
    Christopher Dean Dusseault
    Justin M. Ellis
    Jeannie Evans
    Benjamin H. Fadler
    William F. Farley
    Rachel G. Frank
    Beatrice C. Franklin
    Brian Christopher Fries
    Ethan C. Glass
    Ian T. Hampton
    Eddie Hasdoo
    Charles W. Hatfield
    Anna P. Hayes
    Georgina Inglis
    Alison Marielle Johnson

Jennifer M. Keas
Michael S. Ketchmark
Julian Kleinbrodt
Kenneth M. Kliebard
David C. Kully
Sarah M. Kushner
Jennifer Lada
Jeffrey A. Levee
Robert D. MacGill
Stacey Anne Mahoney
Scott A. McCreight
William T. McEnroe
Dina McKenney
Andrea S. McMurtry
Beatriz Mejia
Christopher G. Michel
Steven F. Molo
Harry R.S. Philips
Rio Pierce
John S. Purcell
Timothy Ray
Cynthia Richman
Patrick J. Sanders
Michael Sebring
Marc M. Seltzer
Eugene Alexis Sokoloff
Samantha Strauss
Kara Trouslot Stubbs
Jeremy Suhr
Sarah M. Topol
Aaron Daniel Van Oort
Kevin P. Wagner
Suzanne L. Wahl
Gayle Wambolt
Hao Zhe Wang
Kelly Marie Watne
Danne Wayne Webb
Lauren M. Weinstein
Robert J. Wierenga
Molly L. Wiltshire
Elizabeth Wright
Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 4:19-cv-00332-SRB
4:19-cv-00322-SRB

**Caption For Case Number:   24-3585**
Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

      Plaintiffs - Appellees

Shelly Dreyer

      Plaintiff

v.

National Association of Realtors; Home Services of America; Keller Williams Realty, Inc.; Realogy Holdings Corp.; BHH Affiliates, LLC; HSF Affiliates, LLC; RE/MAX LLC

      Defendants - Appellees

v.

Brown Harris Stevens; The Agency

      Intervenors

Tanya Monestier

      Interested party - Appellant

**Caption For Case Number:   24-3589**
Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

      Plaintiffs - Appellees

Shelly Dreyer

      Plaintiff

v.

National Association of Realtors; Home Services of America; Keller Williams Realty, Inc.; Realogy Holdings Corp.; BHH Affiliates, LLC; HSF Affiliates, LLC; RE/MAX LLC

      Defendants - Appellees

v.

Brown Harris Stevens; The Agency

      Intervenors

Hao Zhe Wang

      Interested party - Appellant

**Addresses For Case Participants:   24-3585, 24-3589**

Tanya Monestier
101 Charleston Avenue
Kenmore, NY  14217

Deepti Bansal
COOLEY LLP
Suite 700
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400

Alexander C. Barrett
STINSON LLP
230 W. McCarty Street
Jefferson City, MO  65101

Karl Barth
HAGENS & BERMAN
Suite 2000
1301 Second Avenue
Seattle, WA  98101

John Bash
QUINN & EMANUEL
Suite 2010
300 W. Sixth Street
Austin, TX  78701

Steve Berman
HAGENS & BERMAN
Suite 2000
1301 Second Avenue
Seattle, WA  98101

Boris Bershteyn
SKADDEN & ARPS
One Manhattan West
New York, NY  10001-8602

Jack R. Bierig
ARENT & FOX
Suite 7100
233 S. Wacker Drive
Chicago, IL  60606

Anne Bigler
COOLEY, LLP
55 Hudson Yards
New York, NY  10001

Michael D. Bonanno

QUINN & EMANUEL
Suite 900
1300 I Street, N.W.
Washington, DC  20005

Brandon J.B. Boulware
BOULWARE LAW LLC.
Suite 956A
1600 Genessee Street
Kansas City, MO  64102

Theodore J. Boutrous Jr.
GIBSON & DUNN
51st Floor
333 S. Grand Avenue
Los Angeles, CA  90071-3197

Jean Paul Bradshaw II
LATHROP GPM LLP
Suite 2200
2345 Grand Boulevard
Kansas City, MO  64108-2612

Robert Abraham Braun
COHEN & MILSTEIN
West Tower, Suite 800
1100 New York Avenue, N.W.
Washington, DC  20005-3934

Benjamin D. Brown
COHEN & MILSTEIN
West Tower, Suite 800
1100 New York Avenue, N.W.
Washington, DC  20005-3934

David R. Buchanan
BROWN & JAMES
Suite 2100
2345 Grand Boulevard
Kansas City, MO  64108

William Anthony Burck
QUINN & EMANUEL
Suite 900
1300 I Street, N.W.
Washington, DC  20005

Matthew Thomas Ciulla
MACGILL, PC.
Suite 1200
156 E. Market Street
Indianapolis, IN  46204

Taylor Leigh Connolly
BROWN & JAMES
Suite 2100
2345 Grand Boulevard
Kansas City, MO  64108

Gregg J. Costa
GIBSON & DUNN
Suite 3000
811 Main Street
Houston, TX  77002

William Cravens
MORGAN & LEWIS
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541

Jacob K. Danziger
ARENT & FOX
Suite 210
350 S. Main Street
Ann Arbor, MI  48104

Eric L. Dirks
WILLIANS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO  64105

Martin G. Durkin Jr.
HOLLAND & KNIGHT
Suite 2700
150 N. Riverside Plaza
Chicago, IL  60606

Christopher Dean Dusseault
GIBSON & DUNN
51st Floor
333 S. Grand Avenue
Los Angeles, CA  90071-3197

Justin M. Ellis
MOLO & LAMKEN
430 Park Avenue
New York, NY  10022

Jeannie Evans
HAGENS & BERMAN
Suite 2410
455 N. Cityfront Plaza Drive
Chicago, IL  60611

Benjamin H. Fadler
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS 66211

William F. Farley
HOLLAND & KNIGHT
Suite 2700
150 N. Riverside Plaza
Chicago, IL 60606

Rachel G. Frank
QUINN & EMANUEL
Suite 900
1300 I Street, N.W.
Washington, DC 20005

Beatrice C. Franklin
SUSMAN & GODFREY
Floor 50
One Manhattan, W.
New York, NY 10001

Brian Christopher Fries
LATHROP GPM LLP
Suite 2200
2345 Grand Boulevard
Kansas City, MO 64108-2612

Ethan C. Glass
COOLEY LLP
Suite 700
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

Ian T. Hampton
FOLEY & LARDNER
777 E. Wisconsin Avenue
Milwaukee, WI 53202-0000

Eddie Hasdoo
JONES & DAY
Suite 4800
110 N. Wacker Drive
Chicago, IL 60606

Charles W. Hatfield
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Anna P. Hayes
HOLLAND & KNIGHT
Suite 1100
800 17th Street, N.W.
Washington, DC  20006

Georgina Inglis
COOLEY LLP
Suite 700
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400

Alison Marielle Johnson
GIBSON & DUNN
51st Floor
333 S. Grand Avenue
Los Angeles, CA  90071-3197

Jennifer M. Keas
FOLEY & LARDNER
Suite 600
3000 K Street, N.W.
Washington, DC  20007-5109

Michael S. Ketchmark
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS  66211

Julian Kleinbrodt
GIBSON & DUNN
Suite 2600
One Embarcadero Center
San Francisco, CA  94111-3715

Kenneth M. Kliebard
MORGAN & LEWIS
Suite 2800
110 N. Wacker Drive
Chicago, IL  60606

David C. Kully
HOLLAND & KNIGHT
Suite 1100
800 17th Street, N.W.
Washington, DC  20006

Sarah M. Kushner
GIBSON & DUNN
51st Floor

333 S. Grand Avenue
Los Angeles, CA  90071-3197

Jennifer Lada
HOLLAND & KNIGHT
31st Floor
787 Seventh Avenue
New York, NY  10019

Jeffrey A. Levee
JONES DAY
50th Floor
555 S. Flower Street
Los Angeles, CA  90071

Robert D. MacGill
MACGILL, PC.
Suite 1200
156 E. Market Street
Indianapolis, IN  46204

Stacey Anne Mahoney
MORGAN & LEWIS
101 Park Avenue
New York, NY  10178-0000

Scott A. McCreight
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS  66211

William T. McEnroe
MORGAN & LEWIS
2222 Market Street
Philadelphia, PA  19103-3007

Dina McKenney
HOLLAND & KNIGHT
Suite 1500
1722 Routh Street
Dallas, TX  75201

Andrea S. McMurtry
HORN & AYLWARD
Suite 1100
2600 Grand Boulevard
Kansas City, MO  64108-0000

Beatriz Mejia
COOLEY, LLP
20th Floor

3 Embarcadero Center
San Francisco, CA  94111-4004

Christopher G. Michel
QUINN & EMANUEL
Suite 900
1300 I Street, N.W.
Washington, DC  20005

Steven F. Molo
MOLO & LAMKEN
Suite 5350
300 N. LaSalle Street
Chicago, IL  60654

Harry R.S. Philips
GIBSON & DUNN
Suite 700
1700 M Street, N.W.
Washington, DC  20036-4504

Rio Pierce
HAGENS & BERMAN
Suite 202
715 Hearst Avenue
Berkeley, CA  94710

John S. Purcell
ARENT & FOX
43rd Floor
555 W. Fifth Street
Los Angeles, CA  90071

Timothy Ray
HOLLAND & KNIGHT
Suite 2700
150 N. Riverside Plaza
Chicago, IL  60606

Cynthia Richman
GIBSON & DUNN
Suite 700
1700 M Street, N.W.
Washington, DC  20036-4504

Patrick J. Sanders
MACGILL, PC.
Suite 1200
156 E. Market Street
Indianapolis, IN  46204

Michael Sebring

QUINN & EMANUEL
Suite 900
1300 I Street, N.W.
Washington, DC 20005

Marc M. Seltzer
SUSMAN & GODFREY
Suite 1400
1900 Avenue of the Stars
Los Angeles, CA 90067

Eugene Alexis Sokoloff
MOLO & LAMKEN
Suite 5350
300 N. LaSalle Street
Chicago, IL 60654

Samantha Strauss
COOLEY, LLP
42nd Floor
110 N. Wacker Drive
Chicago, IL 60606

Kara Trouslot Stubbs
BAKER & STERCHI
Suite 500
2400 E. Pershing Road
Kansas City, MO 64108-2504

Jeremy Suhr
BOULWARE LAW LLC.
Suite 956A
1600 Genessee Street
Kansas City, MO 64102

Sarah M. Topol
COOLEY, LLP
55 Hudson Yards
New York, NY 10001

Aaron Daniel Van Oort
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Kevin P. Wagner
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Suzanne L. Wahl
ARENT & FOX
Suite 210
350 S. Main Street
Ann Arbor, MI  48104

Gayle Wambolt
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 E. Ninth Street
Kansas City, MO  64106-2689

Hao Zhe Wang
P.O. Box 7075
New York City, NY  10150

Kelly Marie Watne
JONES DAY
50th Floor
555 S. Flower Street
Los Angeles, CA  90071

Danne Wayne Webb
HORN & AYLWARD
Suite 1100
2600 Grand Boulevard
Kansas City, MO  64108-0000

Lauren M. Weinstein
MOLO & LAMKEN
Suite 500
600 New Hampshire Avenue, N.W.
Washington, DC  20037

Robert J. Wierenga
ARENT & FOX
Suite 210
350 S. Main Street
Ann Arbor, MI  48104

Molly L. Wiltshire
ARENT & FOX
Suite 7100
233 S. Wacker Drive
Chicago, IL  60606

Elizabeth Wright
COOLEY, LLP
500 Boylston Street
14th Floor
Boston, MA  02116-3736

Paige A. Wymore-Wynn

U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000