24-3585 Rhonda Burnett, et al v. Tanya Monestier

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/23/2024

**Case Name:** Rhonda Burnett, et al v. Tanya Monestier
**Case Number:** 24-3585

**Docket Text:**
Civil case docketed. [5469450] [24-3585, 24-3589]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Tanya Monestier
101 Charleston Avenue
Kenmore, NY  14217

Hao Zhe Wang
P.O. Box 7075
New York City, NY  10150

**Notice will be electronically mailed to:**

Deepti Bansal: DBANSAL@cooley.com
Alexander C. Barrett: alexander.barrett@stinson.com, kim.williams@stinson.com
Karl Barth: karlb@hbsslaw.com
John Bash: johnbash@quinnemanuel.com
Steve Berman: steve@hbsslaw.com, heatherw@hbsslaw.com,nicolleg@hbsslaw.com
Boris Bershteyn: boris.bershteyn@skadden.com, boris-bershteyn-9508@ecf.pacerpro.com
Jack R. Bierig: jack.bierig@afslaw.com
Anne Bigler: abigler@cooley.com
Michael D. Bonanno: mikebonanno@quinnemanuel.com
Brandon J.B. Boulware: brandon@boulware-law.com, kim@boulware-law.com,info@boulware-law.com
Theodore J. Boutrous Jr.: tboutrous@gibsondunn.com, pacer-ca@gibsondunn.com
Jean Paul Bradshaw II: jeanpaul.bradshaw@lathropgpm.com, kim.bruns@lathropgpm.com,roselyn.arnold@lathropgpm.com
Robert Abraham Braun: rbraun@cohenmilstein.com
Benjamin D. Brown: bbrown@cohenmilstein.com
David R. Buchanan: dbuchanan@bjpc.com, shedges@bjpc.com
William Anthony Burck: williamburck@quinnemanuel.com, alexisruby@quinnemanuel.com
Matthew Thomas Ciulla: matthew.ciulla@macgilllaw.com, 2595994420@filings.docketbird.com
Taylor Leigh Connolly: tconnolly@bjpc.com
Gregg J. Costa: gcosta@gibsondunn.com
William Cravens: william.cravens@morganlewis.com

Jacob K. Danziger: jacob.danziger@afslaw.com
Eric L. Dirks: dirks@williamsdirks.com, bstrickland@williamsdirks.com,cflores@williamsdirks.com
Martin G. Durkin Jr.: martin.durkin@hklaw.com
Christopher Dean Dusseault: CDusseault@gibsondunn.com, pacer-ca@gibsondunn.com
Justin M. Ellis: jellis@mololamken.com
Jeannie Evans: jeannie@hbsslaw.com
Benjamin H. Fadler: bfadler@ketchmclaw.com, dhotchkiss@ketchmclaw.com,mpatrick@ketchmclaw.com
William F. Farley: william.farley@hklaw.com
Rachel G. Frank: rachelfrank@quinnemanuel.com
Beatrice C. Franklin: bfranklin@susmangodfrey.com, esullivan-vasquez@susmangodfrey.com
Brian Christopher Fries: brian.fries@lathropgpm.com, amy.smith@lathropgpm.com
Ethan C. Glass: eglass@cooley.com
Ian T. Hampton: ihampton@foley.com
Eddie Hasdoo: ehasdoo@jonesday.com
Charles W. Hatfield: chuck.hatfield@stinson.com, hope.jeffrey@stinson.com
Anna P. Hayes: anna.hayes@hklaw.com
Georgina Inglis: ginglis@cooley.com
Alison Marielle Johnson: ajohnson2@gibsondunn.com, pacer-ca@gibsondunn.com
Jennifer M. Keas: jkeas@foley.com
Michael S. Ketchmark: mike@ketchmclaw.com, dhotchkiss@ketchmclaw.com,mpatrick@ketchmclaw.com
Julian Kleinbrodt: jkleinbrodt@gibsondunn.com
Kenneth M. Kliebard: kenneth.kliebard@morganlewis.com, chcalendardepartment@morganlewis.com,elsa.doi@morganlewis.com
David C. Kully: david.kully@hklaw.com
Sarah M. Kushner: smkushner@gibsondunn.com, pacer-ca@gibsondunn.com
Jennifer Lada: jennifer.lada@hklaw.com
Jeffrey A. Levee: jlevee@jonesday.com, vcrawford@jonesday.com,cmcdaniel@jonesday.com,courtalert@jonesday.com
Robert D. MacGill: robert.macgill@macgilllaw.com
Stacey Anne Mahoney: stacey.mahoney@morganlewis.com
Scott A. McCreight: smccreight@ketchmclaw.com, dhotchkiss@ketchmclaw.com,mpatrick@ketchmclaw.com
William T. McEnroe: william.mcenroe@morganlewis.com
Dina McKenney: dina.mckenney@hklaw.com
Andrea S. McMurtry: amcmurtry@hab-law.com, dstilley@hab-law.com
Beatriz Mejia: MEJIAB@cooley.com
Christopher G. Michel: christophermichel@quinnemanuel.com
Steven F. Molo: smolo@mololamken.com
Harry R.S. Philips: HPhillips2@gibsondunn.com
Rio Pierce: riop@hbsslaw.com
John S. Purcell: john.purcell@afslaw.com
Timothy Ray: timothy.ray@hklaw.com
Cynthia Richman: CRichman@gibsondunn.com
Patrick J. Sanders: patrick.sanders@macgilllaw.com
Michael Sebring: michaelsebring@quinnemanuel.com
Marc M. Seltzer: mseltzer@susmangodfrey.com, kpalmer@susmangodfrey.com
Eugene Alexis Sokoloff: esokoloff@mololamken.com
Samantha Strauss: sastrauss@cooley.com
Kara Trouslot Stubbs: stubbs@bscr-law.com, kheath@bscr-law.com,mcarrillo@bscr-law.com

Jeremy Suhr: jeremy@boulware-law.com, kim@boulware-law.com
Sarah M. Topol: stopol@cooley.com
Aaron Daniel Van Oort: aaron.vanoort@faegredrinker.com
Kevin P. Wagner: kevin.wagner@faegredrinker.com, missy.lysne@faegredrinker.com
Suzanne L. Wahl: Suzanne.Wahl@afslaw.com
Gayle Wambolt: gayle_wambolt@mow.uscourts.gov
Kelly Marie Watne: kwatne@jonesday.com
Danne Wayne Webb: dwebb@hab-law.com, amcmurtry@hab-law.com,dstilley@hab-law.com,sstubbers@hab-law.com
Lauren M. Weinstein: lweinstein@mololamken.com
Robert J. Wierenga: robert.wierenga@afslaw.com
Molly L. Wiltshire: molly.wiltshire@afslaw.com
Elizabeth Wright: ewright@cooley.com
Paige A. Wymore-Wynn: