# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3585

Rhonda Burnett, et al.

Appellees

Shelly Dreyer

v.

National Association of Realtors, et al.

Appellees

v.

Brown Harris Stevens and The Agency

Tanya Monestier

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

---

## ORDER

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by January 13, 2024, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

December 23, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik