# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 31, 2024

Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
Suite 300
1629 K Street, N.W.
Washington, DC  20006

RE:  24-3585  Rhonda Burnett, et al v. Tanya Monestier

Dear Counsel:

This case has been consolidated for briefing.  In an attempt to define more clearly the proper appellees in each case prior to briefing, we are asking for input from the parties.  Appellants are asked to review the designation of parties in their appeal and notify the court in writing by January 14, 2025, whether the listing of appellees in their case is correct and propose necessary changes if it is not correct.  Once that deadline passes, the appellees are asked to review the designations and response from appellants and notify this court in writing by January 21, 2025, whether they agree with the proposed caption and appellants submission.  The consolidated briefing schedule will be established once the parties clarify the appellees in these cases.

Maureen W. Gornik
Acting Clerk of Court

RDB

cc:     Deepti Bansal
        Alexander C. Barrett
        Karl Barth
        John Bash
        Steve Berman
        Boris Bershteyn
        Jack R. Bierig
        Anne Bigler
        Michael D. Bonanno
        Brandon J.B. Boulware
        Theodore J. Boutrous Jr.
        Jean Paul Bradshaw II
        Robert Abraham Braun

Benjamin D. Brown
David R. Buchanan
William Anthony Burck
Matthew Thomas Ciulla
Taylor Leigh Connolly
Gregg J. Costa
William Cravens
Jacob K. Danziger
Eric L. Dirks
Martin G. Durkin Jr.
Christopher Dean Dusseault
Justin M. Ellis
Jeannie Evans
Benjamin H. Fadler
William F. Farley
Rachel G. Frank
Beatrice C. Franklin
Brian Christopher Fries
Ethan C. Glass
Ian T. Hampton
Eddie Hasdoo
Charles W. Hatfield
Anna P. Hayes
Georgina Inglis
Alison Marielle Johnson
Jennifer M. Keas
Michael S. Ketchmark
Julian Kleinbrodt
Kenneth M. Kliebard
David C. Kully
Sarah M. Kushner
Jennifer Lada
Jeffrey A. Levee
Robert D. MacGill
Stacey Anne Mahoney
Scott A. McCreight
William T. McEnroe
Dina McKenney
Andrea S. McMurtry
Beatriz Mejia
Christopher G. Michel
Steven F. Molo
Harry R.S. Philips
Rio Pierce
John S. Purcell
Timothy Ray
Cynthia Richman
Patrick J. Sanders
Michael Sebring
Marc M. Seltzer
Eugene Alexis Sokoloff
Samantha Strauss

Kara Trouslot Stubbs
Jeremy Suhr
Sarah M. Topol
Aaron Daniel Van Oort
Kevin P. Wagner
Suzanne L. Wahl
Kelly Marie Watne
Danne Wayne Webb
Lauren M. Weinstein
Robert J. Wierenga
Molly L. Wiltshire
Elizabeth Wright

District Court/Agency Case Number(s):   4:19-cv-00332-SRB