No. 24-3444; No. 24-3450; No. 24-3451; No. 24-3527;
No. 24-3585; No. 24-3619; No. 24-3621

_____

IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHT CIRCUIT

_____

No. 24-3444

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES
HARVEY, HOLLEE ELLIS,
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF
AMERICA,
*Defendants – Appellees*

KELLER WILLIAMS REALTY, INC; REALOGY HOLDINGS CORP.,
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC
*Defendant*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors – Appellees*

KNIE & SHEALY; TANYA MONESTIER
*Interested parties – Appellees*

v.

SPRING WAY CENTER LLC, NANCY WEHRHEIM, JOHN MORATIS, NANCY MORATIS, DANIELLE KAY, JESSIE KAY, KAITLYN SLAVIC, AND MARIA IANNOME

*Objectors – Appellants*

No. 24-3450

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA
*Defendants – Appellees*

KELLER WILLIAMS REALTY, INC; REALOGY HOLDINGS CORP.
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC
*Defendant*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors - Appellees*

v.

MONTY MARCH
*Objectors – Appellant*

No. 24-3451

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA
*Defendants – Appellees*

REALOGY HOLDINGS CORP.
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC; KELLER WILLIAMS REALTY, INC
*Defendants*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors - Appellees*

v.

ROBERT FRIEDMAN
*Objectors – Appellant*

No. 24-3527

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS,
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA,
*Defendants – Appellees*

KELLER WILLIAMS REALTY, INC; REALOGY HOLDINGS CORP.,
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC
*Defendant*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors - Appellees*

v.

BENNY D. CHEATHAM; ROBERT DOUGLASS; DOUGLAS FENDER; DENA FENDER
*Objectors – Appellants*

No. 24-3585

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS,
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA,
*Defendants – Appellees*

KELLER WILLIAMS REALTY, INC; REALOGY HOLDINGS CORP.,
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC
*Defendant*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors-Appellees*

v.

TANYA MONESTIER
*Interested party – Appellant*

No. 24-3619

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS,
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA,
*Defendants – Appellees*

KELLER WILLIAMS REALTY, INC; REALOGY HOLDINGS CORP.,
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC
*Defendant*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors-Appellees*

v.

JAMES MULLIS
*Objector - Appellant*

No. 24-3621

RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS,
*Plaintiffs – Appellees*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA,
*Defendants – Appellees*

KELLER WILLIAMS REALTY, INC; REALOGY HOLDINGS CORP.,
*Defendants*

BHH AFFILIATES LLC; HSF AFFILIATES, LLC
*Defendants – Appellees*

RE/MAX LLC
*Defendant*

v.

BROWN HARRIS STEVENS; THE AGENCY
*Intervenors-Appellees*

v.

ROSALIE DOYLE; JESSICA WINTERS; JOHN GUERRA
*Interested parties – Appellants*

8

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
Case No. 19-cv-00332
_____

# INTERVENOR-APPELLEE BROWN HARRIS STEVENS
# FILING REGARDING DESIGNATION AND METHOD
# OF APPENDIX PREPARATION

Michael D. Pospisil
Matthew T. Swift
Pospisil Swift LLC
1600 Genessee St., ̣
Kansas City, Missou
Telephone: (816) 89
mdp@pslawkc.com
mts@pslawkc.com

Counsel for Intervenor-Appellee Brown Harris Stevens

9

Intervenor-Appellee Brown Harris Stevens[1] hereby makes this filing in response to the Court's January 29, 2025 order that Appellees file a Designation of Record within fourteen days of Appellants filing their "Method of Appendix Preparation Notification" and "Designation & Statement of Issues" in the seven consolidated appeals at issue here.[2]

---

[1] Brown Harris Stevens is comprised of the following entities: Brown Harris Stevens includes: Brown Harris Stevens Brooklyn, LLC, Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Queens, LLC, Brown Harris Stevens Forest Hills, LLC, Brown Harris Stevens Riverdale, LLC, Brown Harris Stevens Development Marketing, LLC Brown Harris Stevens Marketing and Sales, LLC. Brown Harris Stevens Hudson Valley, LLC. Brown Harris Stevens of the Hamptons, LLC, Brown Harris Stevens Westhampton, LLC, Brown Harris Stevens New Jersey, LLC, Brown Harris Stevens of Palm Beach, Brown Harris Stevens Miami, LLC, Brown Harris Stevens Connecticut, LLC, Halstead Brooklyn, LLC, Halstead East Hampton, LLC, Halstead Forest Hills, LLC, Halstead Hamptons, LLC, Halstead Property Development. Marketing, LLC, Halstead Hudson Valley, LLC, Halstead Queens, LLC, Halstead Connecticut, LLC, Halstead Property, LLC and Halstead Manhattan, LLC, Halstead New Jersey, LLC, Halstead New Jersey Development Marketing, LLC.

[2] The seven consolidated appeals at issue are: *Rhonda Burnett, et al. v. Spring Way Center LLC et al.* (24-3444), *Rhonda Burnett, et al. v. Monty March* (24-3450), *Rhonda Burnett, et al. v. Robert Friedman* (24-3451), *Rhonda Burnett, et al. v. Benny Cheatham et al.* (24-3527), *Rhonda Burnett, et al. v. Tanya Monestier* (24-3585), *Rhonda Burnett, et al. v. James Mullis* (24-3619), and *Rhonda Burnett, et al. v. Rosalie Doyle et al.* (24-3621).

For the reasons stated in Appellees' Filing Regarding Designation and Method of Appendix Preparation dated February 26, 2025, pursuant to 8th Cir. R. 30A(b)(3), Brown Harris Stevens intends to file separate appendices containing "material not included in the appellant's appendix" with their answering briefs in all the appeals at issue herein.[3]

Respectfully submitted,

Dated: February 26, 2025

/s/     *Michael D. Pospisil*

Michael D. Pospisil
Matthew T. Swift
POSPISIL SWIFT LLC
1600 Genessee St., Ste. 340
Kansas City, Missouri 64102

Counsel for Intervenor-Appellee
BROWN HARRIS STEVENS

---

[3] To the extent any Appellant takes the position that there has been an attempt to designate a joint appendix, Brown Harris Stevens should be provided an opportunity to designate "additional parts [of the record] to which it wishes to direct the court's attention." Fed. R. App. P. 30(b)(1).

11

## CERTIFICATE OF SERVICE

I certify that on February 26, 2025, the foregoing Intervenor-Appellee Brown Harris Stevens' Filing Regarding Designation and Method of Appendix Preparation was filed with the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit through the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: February 26, 2025

                 */s/ Michael D. Pospisil*
                 Michael D. Pospisil