# No. 24-3585
Consolidated with
Nos. 24-3444 (L), 24-3450, 24-3451, 24-3527, 24-3619, 24-3621

# In the United States Court of Appeals for the Eighth Circuit

Rhonda Burnett, *et al.*,
*Plaintiffs-Appellees*,
v.
National Association of Realtors, *et al.*,
*Defendants-Appellees*,
v.
Brown Harris Stevens, *et al.*,
*Intervenors-Appellees*,
v.
Tanya Monestier,
*Objector-Intervenor-Appellant*.

_____

Appeal from the United States District Court for the Western District of Missouri,
Case No. 4:19-cv-00332 (SRB),
Hon. Stephen R. Bough

## Motion to Withdraw as Retained Counsel

Theodore H. Frank
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street, NW, Suite 300
Washington, DC 20006
Phone: (703) 203-3848
Email: ted.frank@hlli.org

*Attorneys for Objector-Intervenor-Appellant*
April 13, 2025

Retained counsel Theodore H. Frank and Adam E. Schulman for Objector-Intervenor-Appellant Tanya Monestier respectfully move to withdraw as counsel. Prof. Monestier would prefer to proceed *pro se* and file an opening brief that she informs us she has substantially completed.

Counsel and Prof. Monestier have developed irreconcilable differences and the attorney-client relationship has deteriorated beyond repair. Counsel informed Prof. Monestier on April 9 of the April 21 opening brief deadline; her obligation to comply with the Federal Rules of Appellate Procedure and Eighth Circuit Local Rules; the Eighth Circuit *pro se* information page; the legal risks of proceeding *pro se*; and the option of signing up for ECF registration. On April 13, she was also provided a draft of this motion. Prof. Monestier, aware of these issues, has chosen to proceed *pro se*.

Prof. Monestier is a law professor at the University at Buffalo School of Law with knowledge of contract law, consumer protection, and class actions. She spent months researching the NAR settlement. She wrote three reports on the settlement, and has crafted resources for consumers to understand the settlement. Prof. Monestier proceeded *pro se* in the district court, submitting a 136-page objection and several motions, one of which was joined by other, represented, appellants in this consolidated appeal. She is much more capable than the typical class member or litigant of proceeding *pro se*.

Appellees will suffer no unfair prejudice from permitting Prof. Monestier to do so. I understand from Prof. Monestier that she intends to,

and will be able to, abide by the consolidated schedule under the formalities generally required of *pro se* filers. *E.g.* Cir. R. 10A(a) (no appendix of exhibits required *pro se*). I further understand that Prof. Monestier has registered for CM/ECF, and intends to file her brief(s) electronically and with the required paper copy, and receive ECF notice in her appeal.

Prof. Monestier has informed us that she intends to file her own motion confirming her desire to proceed *pro se*, as the Clerk's Office evidently suggested, rather than provide us with a declaration to attach to this motion.

For these reasons, the Court should permit Messrs. Frank and Schulman to withdraw as counsel and Prof. Monestier to proceed *pro se*.

Dated: April 14, 2025                    Respectfully submitted,

                                        */s/ Theodore H. Frank*
                                        Theodore H. Frank
                                        Adam E. Schulman
                                        HAMILTON LINCOLN LAW INSTITUTE
                                        CENTER FOR CLASS ACTION FAIRNESS
                                        1629 K Street, NW, Suite 300
                                        Washington, DC 20006
                                        Phone: (703) 203-3848
                                        Email: ted.frank@hlli.org

                                        *Attorneys for*
                                            *Objector-Intervenor-Appellant*
                                            *Tanya Monestier*

## Combined Certifications of Compliance

1.  This motion complies with Fed. R. App. P. 27(d)(2)(C) because the word count is 368 words, excluding the items exempted by Fed. R. App. P. 32(f).

2.  This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Office 2013 in 14-point CenturyExpd Bt font.

3.  This brief complies with 8th Cir. R. 28A(h) because the PDF file has been scanned for viruses by Microsoft Defender Antivirus 1.427.234.0 and is said to be virus-free by that program.

Dated: April 14, 2025

*/s/ Theodore H. Frank*
Theodore H. Frank

# Certificate of Service

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

In addition, I emailed a copy of this brief to Tanya Monestier and caused this brief to be mailed to her first class at:

Tanya Monestier
101 Charleston Avenue
Kenmore, NY 14217
(716) 645-7878
tanyam@buffalo.edu

*/s/ Theodore H. Frank*
Theodore H. Frank