Nos. 24-3585
Consolidated with Nos. 24-3444, 24-3450, 24-3451, 24-3527, 24-3619, 24-3621

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Rhonda Burnett, et al.,

Plaintiff-Appellees,

v.

National Association of Realtors, et al.,

Defendants-Appellees,

v.

Brown Harris Stevens, et al.,

Intervenors-Appellees

v.

Tanya Monestier,

Interested party-Appellant

**FILED**
APR 21 2025
U.S. Court of Appeals
Eighth Circuit

Appeal from the United States District Court
for the District of Missouri,
Case No. 19-cv-00332 (SRB), Hon. Stephen R. Bough

### APPELLANT-OBJECTOR TANYA MONESTIER'S
### NOTICE AND MOTION TO APPEAR PRO SE

RECEIVED
APR 21 2025
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Tanya Monestier
101 Charleston Ave
Kenmore, NY, 14217
(401) 644-2383
tanyam@buffalo.edu
*Pro se*

COMES NOW the undersigned, Tanya Monestier, and respectfully notifies the Court of her intention to proceed pro se, and hereby moves for leave to do so pursuant to applicable federal and Eighth Circuit procedural rules.

1. The undersigned is currently represented by counsel of record in this matter but now seeks to proceed without further representation.

2. I respectfully inform the Court that I am now choosing to proceed pro se due to an irreparable breakdown in the relationship with my former counsel. Despite efforts to resolve our differences, we have been unable to maintain the level of collaboration, professionalism, and mutual understanding necessary for effective representation.

3. I am voluntarily choosing to represent myself in this appeal. I affirm that this decision is made knowingly, voluntarily, and with a full understanding of the responsibilities and obligations required of parties appearing pro se before this Court.

4. I am prepared to file my brief on April 21, 2025 in accordance with the Court's scheduling order and with this Court's rules for pro se filers. I will not be asking for an extension of time, and approval of

my motion to proceed pro se will not cause any prejudice to appellees.

5. I respectfully request that the Court treat me as a pro se litigant for purposes of service, filing, and all related matters. I understand that I am bound by the Federal Rules of Appellate Procedure, the Eighth Circuit Local Rules, and all applicable deadlines.

6. While I am a licensed, non-practicing attorney and a law professor, I am not appearing in a representative capacity and am asserting my individual right to self-representation in this matter.

7. I further request that my counsel of record be permitted to withdraw from this appeal, and that the Clerk update the docket to reflect that I will be proceeding without counsel going forward.

WHEREFORE, I respectfully request that the Court grant this motion and permit me to proceed as a pro se litigant in this matter.

Respectfully submitted,

*T. eMonestier*

Tanya Monestier
Objector-Intervenor-Appellant

# Combined Certifications of Compliance

1. This motion complies with Fed. R. App. P. 27(d)(2)(C) because the word count is 333 words, excluding the items exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

## Certificate of Service

I hereby certify that on April 14, 2025, I mailed a copy of this notice and motion to the Clerk's Office.

Dated: April 14, 2025

Tanya Monestier

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL






UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

xpected delivery date specified for domestic use.
omestic shipments include $100 of insurance (restrictions apply).*
SPS Tracking® service included for domestic and many international destinations.
mited international insurance.**
hen used internationally, a customs declaration form is required.
rance does not cover certain items. For details regarding claims exclusions see the
estic Mail Manual at *http://pe.usps.com*.
e International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
E RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP





9505 5154 2807 5104 3719 92

★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Tanya Monestier
101 Charleston Ave
Kenmore, NY
14217

**TO:**

Clerk of Court
United States Court of
Appeals for 8th Circuit
Thomas Eagleton U.S.
Courthouse
111 South 10th St. Rm 24.329
St. Louis, Missouri, 63102

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

