# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3585

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

Tanya Monestier

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)
_____

**ORDER**

Appellant's motion for reconsideration of the April 30, 2025 judge order is denied as moot.

May 21, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler