**Case Nos. 24-3444(L); 24-3450(C); 24-3451(C); 24-3527(C);
24-3585(C); 24-3619(C); 24-3621(C)**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

―――――――――――

RHONDA BURNETT; JEROD BREIT; JEREMY KEEL; FRANCES HARVEY; HOLLEE ELLIS,

*Plaintiffs-Appellees,*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA,

*Defendants-Appellees,*

v.

KELLER WILLIAMS REALTY, INC.; REALOGY HOLDINGS CORP.,

*Defendants,*

v.

BHH AFFILIATES, LLC; HSF AFFILIATES, LLC,

*Defendants-Appellees,*

v.

RE/MAX LLC,

*Defendant,*

v.

BROWN HARRIS STEVENS; THE AGENCY,

*Intervenors-Appellees.*

v.

SPRING WAY CENTER, LLC; NANCY WEHRHEIM; JOHN MORATIS; NANCY MORATIS; DANIELLE KAY; JESSIE KAY; KAITLYN SLAVIC; MARIA IANNOME,

*Objectors-Appellants.*

―――――――――――

On appeal from the United States District Court
for the Western District of Missouri
Case No. 4:19-cv-332-SRB · Honorable Stephen R. Bough

―――――――――――

**L.R. 27A(a)(6) JOINT MOTION TO SUPPLEMENT THE RECORD ON APPEAL AND FOR JUDICIAL NOTICE BY DEFENDANT-APPELLEE NATIONAL ASSOCIATION OF REALTORS® AND INTERVENOR-APPELLEES BROWN HARRIS STEVENS AND THE AGENCY**

Pursuant to Eighth Circuit Local Rule 27A(a)(6), Defendant-Appellee National Association of REALTORS® ("NAR") and Intervenor-Appellees Brown Harris Stevens and The Agency respectfully seek to supplement the record on appeal to include the documents attached as Exhibits A-G, and for the Court to take judicial notice thereof.

1. On November 27, 2024, the District Court for the Western District of Missouri entered final approval of the settlement between a nationwide class of home sellers, NAR, and brokerages and multiple listing services ("MLSs") that opted into the settlement in *Burnett v. National Association of Realtors*, No. 4:19-cv-332 (W.D. Mo.). Spring.Way.App.3367; R.Doc.1622. The seven above-captioned cases are appeals from that order.[*]

2. The Court may grant a motion supplement the record when "the interests of justice demand it." *Dakota Indus., Inc. v. Dakota Sportswear, Inc.*, 988 F.2d 61, 63 (8th Cir. 1993), and "may take judicial notice of proceedings in other courts that relate directly to matters at issue." *Great Plains Tr. Co. v. Union Pac. R. Co.*, 492 F.3d 986, 996 (8th Cir. 2007).

---

[*] *Pro se* Appellant Hao Zhe Wang also appealed the order of final settlement approval. Wang's appeal is unconsolidated and on a separate briefing schedule. *See Burnett v. Wang*, No. 24-3589.

Appellate Case: 24-3585     Page: 2     Date Filed: 07/21/2025 Entry ID: 5539528

3. Around the same time as the *Burnett* lawsuit was filed, a putative class of home sellers filed a similar lawsuit against NAR in the Northern District of Illinois. *See Moehrl v. NAR*, No. 19-cv-1610 (N.D. Ill.). Subsequently, current or former homeowners filed numerous follow-on suits bringing substantially similar claims. *See, e.g.*, *Gibson v. NAR*, No. 23-cv-788 (W.D. Mo.); *Umpa v. NAR*, No. 23-cv-945 (W.D. Mo.). Settlement negotiations in *Burnett* were conducted with class counsel in these actions, and the settlement releases the claims brought in those actions. Spring.Way.App.244; R.Doc.1458-1.at.1; Spring.Way.App.2981-82; R.Doc.1595-2.at.2-3¶1.

4. Additionally, several follow-on suits were filed by appellants themselves. *E.g.*, *Batton v. Nat'l Ass'n of Realtors*, No. 21- cv-430 (N.D. Ill.); *March v. Real Est. Bd. of N.Y.*, No. 1:23-cv-9995 (S.D.N.Y.).

5. These follow-on cases "relate directly" to *Burnett*, *Great Plains*, 492 F.3d at 996, because (i) they bring the same or similar claims against NAR and its members and affiliates on behalf of the same or similar classes, and (ii) whether the settlement releases claims in the these cases is at issue in these appeals. Moreover, adequately responding to appellants' arguments requires citation to and analysis of these related cases. Accordingly, judicial notice and supplementation are warranted. *E.g.*, *Oetting v. Norton*, 795 F.3d 886, 888 n.2 (8th Cir. 2015) ("This court takes judicial notice of the record in the *In re BankAmerica Corp. Securities Litigation*, as

3

many of the facts and proceedings are relevant to this action. Accordingly, we grant Appellees' motion to supplement the record on appeal." (citation omitted)); *Donner v. Alcoa, Inc.*, 709 F.3d 694, 697 n.2 (8th Cir. 2013) ("We may take judicial notice of the matters filed in this related case.").

6. Pursuant to instruction by the Office of the Clerk of Court, to cite docket items other than items in the underlying case itself (*Burnett*), it is advisable to file a motion to supplement the record, attach the additional items to the motion as exhibits, and cite the exhibits. NAR and Intervenor-Appellees have done so. The exhibits consist of the following filings.

- Exhibit A. Third Amended Complaint, *Moehrl v. NAR*, No. 19-cv-1610 (N.D. Ill. June 14, 2019), ECF No. 84.

- Exhibit B. Transcript of Proceedings, *Batton v. NAR*, No. 21-cv-430 (N.D. Ill. Mar. 24, 2021), ECF No. 59.

- Exhibit C. Amended Complaint, *Gibson v. NAR*, No. 23-cv-78 (W.D. Mo. June 11, 2024), ECF No. 232.

- Exhibit D. Complaint, *Umpa v. NAR*, No. 23-cv-945 (W.D. Mo. Dec. 27, 2023), ECF No. 1.

- Exhibit E. Amended Complaint, *Friedman v. Real Est. Bd. of N.Y., Inc.*, No. 24-cv-405 (S.D.N.Y. May 3, 2024), ECF No. 77.

- Exhibit F. Amended Complaint, *March v. Real Est. Bd. of N.Y., Inc.*, No. 23-cv-9995 (S.D.N.Y. May 7, 2024), ECF No. 189.

- Exhibit G. Order, *Gibson v. NAR*, No. 23-cv-788 (W.D. Mo. Nov. 4, 2024), ECF No. 530.

7. NAR and Intervenor-Appellees have contacted opposing counsel regarding their position on this motion, and counsel for March, No. 24-3450, does not oppose. Counsel for Friedman, No. 24-3451, takes no position. Counsel for Cheatham, No. 24-3527, and Doyle, No. 24-3621, are opposed. NAR and Intervenors-Appellees were unable to ascertain the position of the remaining appellants as of July 21, 2025.

WHEREFORE, NAR and Intervenor-Appellees respectfully request that the Court grant their motion to supplement the record and for judicial notice of Exhibits A-G.

July 21, 2025

/s/ Michael D. Pospisil

MICHAEL D. POSPISIL
POSPISIL SWIFT LLC
1600 Genessee St., Suite 340
Kansas City, MO 64102
(816) 895-9105

MARINA V. BOGORAD
Jenifer Champ Wallis
Munck Wilson Mandala
Suite 2300
1925 Century Park, E.
Los Angeles, CA 90067

*Attorneys for Intervenor-Appellees Brown Harris Stevens and The Agency*

Respectfully submitted,

/s/ Christopher G. Michel

CHRISTOPHER G. MICHEL
WILLIAM A. BURCK
MICHAEL D. BONANNO
RACHEL G. FRANK
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
1300 I Street N.W.
Suite 900
Washington, DC 20005
(202) 538-8000

JOHN F. BASH
OWEN B. SMITHERMAN
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
300 W. Sixth Street
Suite 2010
Austin, TX 78701
(737) 667-6100

SAM HEAVENRICH
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(312) 590-0136

*Attorneys for Defendant-Appellee National Association of REALTORS®*

6

# CIRCUIT RULE 28A(h) CERTIFICATION

This motion complies with Circuit Rule 28A(h) because it is submitted electronically through CM/ECF as a single PDF file that has been scanned for viruses and is virus-free.

<u>/s/ Christopher G. Michel</u>
Christopher G. Michel

*Counsel for Defendant-Appellee National Association of REALTORS®*

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

2. This motion complies with Fed. R. App. P. 27(d)(2)(A) because the word count is 753 words, excluding the portions exempted by Fed. R. App. P. 32(f).

*/s/ Christopher G. Michel*
Christopher G. Michel

*Counsel for Defendant-Appellee National Association of REALTORS®*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christopher G. Michel*
Christopher G. Michel

*Counsel for Defendant-Appellee National Association of REALTORS®*