UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**DECLARATION OF CHRISTOPHER MOEHRL IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

EXHIBIT 1

I, Christopher Moehrl, hereby declare as follows:

1. I am a plaintiff in the action entitled *Moehrl, et al. v. The National Association of Realtors, et al.*, filed in the U.S. District Court for the Northern District of Illinois. I have personal knowledge of the facts stated in this declaration.

2. On November 15, 2017, I sold a home located at 9727 Tree Farm Road, Eden Prairie, Minnesota 55347 for $390,000. I understand that home was listed on Northstar MLS. The listing agent and broker was Jay Hancock of RE/MAX Advantage Plus. I paid a total commission of $23,400 (6%), plus a $435 "Broker Admin Commission." Of that, $10,530 (2.7%) was paid to the buyer broker Keller Williams Classic Realty in connection with this sale.

3. I currently own a home located at 26820 Marsh Pointe Circle, Shorewood, Minnesota 55331, which I owned at the time this case began. I may sell this home in the near future. I also own two other residential rental properties located in Minneapolis, Minnesota, and in St. Louis Park, Minnesota, and may sell those properties, as well, sometime in the next five years. I also owned these properties at the time this case began. If I sell either of those homes, I will likely list them on Northstar MLS.

4. I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certified either or both classes for damages and injunctive relief, I would represent home sellers who paid (or who will pay) a broker commission in connection with the sale of residential real estate listed on one of the MLSs at issue in the case. I also understand that I must consider the interests of other class members in pursuing my claims.

5. I have retained counsel to prosecute this case, and I remain actively involved. As part of my duties as a class representative, I reviewed the Class Action Complaint filed on March 6, 2019, to ensure the accuracy of the facts as they related to me. I also searched for and

provided documents and other information to my attorneys and assisted in the preparation of discovery responses. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I also understand that I may be required to travel to, and appear, for a deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all my duties as a class representative.

6. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

7. If this case were not certified as a class action, it would not be economical for me to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

8. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief I hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2022, at Shorewood, Minnesota.

Christopher Moehrl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**DECLARATION OF STEVE DARNELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Steve Darnell, hereby declare as follows:

1. I am a plaintiff in the action entitled *Moehrl, et al. v. The National Association of Realtors, et al.* filed in the U.S. District Court for the Northern District of Illinois. I have personal knowledge of the facts stated in this declaration.

1. On June 1, 2016, I sold a home located at 5601 Foxfield Lane in Austin, Texas 78738 for $1,120,000.00. I understand that home was listed on an MLS called ACTRIS. The listing agent and broker was Pat Vincent of Coldwell Banker. I paid a total commission of $67,200.00 (6%). A buyer broker commission of $33,600.00 (3%) was paid to Realty Austin in connection with this sale.

2. I currently own a home located at 1708 Purple Sage Drive in Cedar Park, Texas 78613. I may sell this home in the near future. I am considering buying a home near my current residence and selling 1708 Purple Sage in late 2022. If I do, I will likely list that home on the ACTRIS MLS.

3. I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certifies either or both classes for damages and injunctive relief, I will represent home sellers who paid (or who will pay) a broker commission in connection with the sale of residential real estate listed on one of the MLSs at issue in the case. I also understand that I must consider the interests of other class members in pursuing my claims.

4. I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Class Action Complaint filed on March 6, 2019, to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses. I understand that, from time to time, I need to confer with my attorneys and perform

1

tasks upon their request. I also understand that I may be required to travel to, and appear, for a deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

5.  I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

6.  If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

7.  I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief I hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of February 2022, at Austin, Texas.

_____
Steve Darnell

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**DECLARATION OF MICHAEL COLE IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

010788-11/1707614 V1

I, Michael Cole, hereby declare as follows:

1. I am a plaintiff in the action entitled *Moehrl, et al. v. The National Association of Realtors, et al.*, filed in the U.S. District Court for the Northern District of Illinois. I have personal knowledge of the facts stated in this declaration.

1. On May 11, 2017, I sold a home located at 8126 South Memphis Way in Englewood, CO, 80112 for $325,000.00. I understand that home was listed on the MLS REcolorado. The listing agent and broker was Kelly McLendon of Re/Max Professionals. I paid a commission of $19,500 (6%), plus a $395 "Realtor Admin Fee" to the listing broker Re/Max Professionals. A substantial buyer broker commission of $9,100.00 (or 2.8%) was paid to All Pro Realty of Denver in connection with this sale.

2. On November 6, 2019, I sold a home located on 12710 Espera Way in Parker, CO 80134 for $499,900.00. I understand that home was listed on the MLS REcolorado. The listing agent and broker was Melody Switzer of Keller Williams Realty DTC, LLC. I paid a total commission of $28,494.30 (5.7%), plus a $350 "Transaction Fee." A substantial buyer broker commission of $12,497.50 (2.5%) was paid to the buyer broker HomeSmart Cherry Creek Properties in connection with this sale.

3. I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certifies either or both classes for damages and injunctive relief, I would represent home sellers who paid (or who will pay) a broker commission in connection with the sale of residential real estate listed on one of the MLSs at issue in the lawsuit. I also understand that I must consider the interests of other class members in pursuing my claims.

4. I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Class Action Complaint filed on March 6,

2019, to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I also understand that I may be required to travel to, and appear, for a deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

5. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

6. If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

7. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief I hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  15  day of February 2022, at Garden City, Kansas.

                                                Michael Cole

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**DECLARATION OF JANE RUH IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jane Ruh, hereby declare as follows:

1. I am a plaintiff in the action entitled *Moehrl, et al. v. The National Association of Realtors, et al.*, filed in the U.S. District Court for the Northern District of Illinois. I have personal knowledge of the facts stated in this declaration.

2. On September 26th, 2018, I sold a home located at 3640 E Northbrook Blvd, Oak Creek, WI 54154 for $299,000. I understand that home was listed on Metro MLS. The listing broker was Kathy Birkle of RE/MAX Realty 100. I paid a total commission of $17,940 (6%), plus a $595 "admin fee." Of that, a commission of $7,176 (or 2.4%) was paid to the buyer broker in connection with the sale.

3. I may sell another property in the future. I have, for example, recently considered employment opportunities that would require me to move out of state. Should I secure and accept such employment, I would need to sell my current home, which is located at 6690 E. High Hill Circle, Racine, WI 53402. If I sell that home, I would likely list it on Metro MLS.

4. I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certifies either or both classes for damages and injunctive relief, I will represent home sellers who paid (or who will pay) a broker commission in connection with the sale of residential real estate listed on one of the MLSs at issue in the case. I also understand that I must consider the interests of other class members in pursuing my claims.

5. I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Consolidated Amended Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses. I understand that, from time to time, I need to confer with my attorneys and perform

1

tasks upon their request. I also understand that I may be required to travel to, and appear, for a deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

6. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

7. If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

8. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief we hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of February 2022, at Racine WI

_____
Jane Ruh

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**DECLARATION OF JACK RAMEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jack Ramey, hereby declare as follows:

1. I am a plaintiff in the case *Moehrl, et al. v. The National Association of Realtors, et al.* filed in the U.S. District Court for the Northern District of Illinois. I have personal knowledge of the facts stated in this declaration.

2. On May 8, 2015, I sold a home located at 3652 Clairton Street, Waldorf, Maryland, 20603 for $330,000.00. I understand that home was listed on an MLS that is now part of Bright MLS. The listing agent and broker was Sandra Denny of Century 21. I paid a total commission of $19,800.00 (6%), plus a $395.00 administration fee in connection with this sale. Of this amount, $9,900.00 (3%) was paid to the buyer broker.

3. I currently own a home located at 545 Nathaniel Drive, Martinsburg, West Virginia 25403. I may sell this home in the future to be closer to work. If so, I would likely list this home on Bright MLS.

4. I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certifies either or both classes for damages and injunctive relief, I will represent home sellers who paid (or who will pay) a broker commission in connection with the sale of residential real estate listed on one of the MLSs at issue in the case. I also understand that I must consider the interests of other class members in pursuing my claims.

5. I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Consolidated Amended Complaint to confirm the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I also understand that I may be required to travel to, and appear, for a

deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

6. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

7. If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

8. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief I hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February 2022, at Martinsburg, West Virginia.

DocuSigned by:

*Jack Ramey*

9FA133EBCC38440...

Jack Ramey

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**DECLARATION OF DANIEL UMPA IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Daniel Umpa, hereby declare as follows:

1. I am a plaintiff in the action entitled *Moehrl, et al. v. The National Association of Realtors, et al.* filed in the U.S. District Court for the Northern District of Illinois. I have personal knowledge of the facts stated in this declaration.

2. On November 2, 2017, I sold a home located at 1324 Euclid Street NW #402, Washington, DC 20009, for $453,000. I understand that home was listed on an MLS that is now called Bright MLS. The listing broker was Long & Foster Real Estate Inc. I paid a total commission of $20,385 (4.5%) plus a $345.00 "Flat Fee Commission." A commission of $11,325 (or 2.5%) was paid to buyer broker RE/MAX Allegiance in connection with the sale.

3. I currently own a residential rental property located in Converse, Texas, and will likely sell it within the next five years. If so, I will likely list that property on an MLS called SABOR.

4. I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certified either or both classes for damages and injunctive relief, I would represent home sellers who paid (or who will pay) a broker commission in connection with the sale of residential real estate listed on one of the MLSs at issue in the case. I also understand that I must consider the interests of other class members in pursuing my claims.

5. I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Consolidated Amended Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I also understand that I may be required to travel to, and appear, for a

deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

6. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

7. If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

8. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief I hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of February 2022, at 12875 Olympic View Road NW, Silverdale, WA.

DocuSigned by:

Daniel Umpa

2

010788-11/1707614 V1