Case Nos. 24-3444(L); 24-3450(C); 24-3451(C); 24-3527(C); 24-3585(C); 24-3619(C); 24-3621(C)

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

———————

RHONDA BURNETT; JEROD BREIT; JEREMY KEEL; FRANCES HARVEY; HOLLEE ELLIS,

*Plaintiffs-Appellees,*

v.

NATIONAL ASSOCIATION OF REALTORS; HOME SERVICES OF AMERICA,

*Defendants-Appellees,*

v.

KELLER WILLIAMS REALTY, INC.; REALOGY HOLDINGS CORP.,

*Defendants,*

v.

BHH AFFILIATES, LLC; HSF AFFILIATES, LLC,

*Defendants-Appellees,*

v.

RE/MAX LLC,

*Defendant,*

v.

BROWN HARRIS STEVENS; THE AGENCY,

*Intervenors-Appellees.*

v.

SPRING WAY CENTER, LLC; NANCY WEHRHEIM; JOHN MORATIS; NANCY MORATIS; DANIELLE KAY; JESSIE KAY; KAITLYN SLAVIC; MARIA IANNOME,

*Objectors-Appellants.*

———————

On appeal from the United States District Court
for the Western District of Missouri
Case No. 4:19-cv-332-SRB · Honorable Stephen R. Bough

———————

**L.R. 27A(a)(12) MOTION TO WITHDRAW APPEARANCE OF OWEN SMITHERMAN**

———————

Pursuant to Eighth Circuit Local Rule 27A(a)(12) and Federal Rule of Appellate Procedure 27, Defendant-Appellee National Association of REALTORS® ("NAR") notifies the Court that Owen Smitherman has departed Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") for other employment as of August 15, 2025. NAR thus moves to withdraw Mr. Smitherman's appearance from the above-captioned matters.

NAR will continue to be represented in these matters by the attorneys at Quinn Emanuel, including lead counsel of record Christopher G. Michel.

WHEREFORE, NAR respectfully requests that this Court enter an order withdrawing Mr. Smitherman's appearance in the above-captioned matters.

August 18, 2025                              Respectfully submitted,

                                             /s/  Christopher G. Michel

JOHN F. BASH                                 CHRISTOPHER G. MICHEL
QUINN EMANUEL URQUHART &                     WILLIAM A. BURCK
  SULLIVAN LLP                               MICHAEL D. BONANNO
300 W. Sixth Street                          RACHEL G. FRANK
Suite 2010                                   QUINN EMANUEL URQUHART &
Austin, TX 78701                               SULLIVAN LLP
(737) 667-6100                               1300 I Street NW
                                             Suite 900
SAM HEAVENRICH                               Washington, DC 20005
QUINN EMANUEL URQUHART &                     (202) 538-8000
  SULLIVAN LLP
295 Fifth Avenue
9th Floor
New York, NY 10016
(312) 590-0136

*Attorneys for Defendant-Appellee National Association of REALTORS®*

# CIRCUIT RULE 28A(h) CERTIFICATION

This motion complies with Circuit Rule 28A(h) because it is submitted electronically through CM/ECF as a single PDF file that has been scanned for viruses and is virus-free.

*/s/ Christopher G. Michel*
Christopher G. Michel

*Counsel for Defendant-Appellee National Association of REALTORS®*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

2. This motion complies with Fed. R. App. P. 27(d)(2)(A) because the word count is 97 words, excluding the portions exempted by Fed. R. App. P. 32(f).

*/s/ Christopher G. Michel*
Christopher G. Michel

*Counsel for Defendant-Appellee National Association of REALTORS®*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christopher G. Michel*
Christopher G. Michel

*Counsel for Defendant-Appellee National Association of REALTORS®*
