# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3444

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

Spring Way Center, LLC, et al.

Appellants

No: 24-3450

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

Monty March

Appellant

No: 24-3451

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC and Keller Williams Realty, Inc.

v.

Brown Harris Stevens and The Agency

Appellees

v.

Robert Friedman

Appellant

No: 24-3527

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

Benny D. Cheatham, et al.

Appellants

No: 24-3585

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

Tanya Monestier

Appellant

------------------------------

Manhattan Institute

Amicus on Behalf of Appellant(s)

No: 24-3619

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

James Mullis

Appellant

No: 24-3621

Rhonda Burnett, et al.

Appellees

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellees

RE/MAX LLC

v.

Brown Harris Stevens and The Agency

Appellees

v.

Rosalie Doyle, et al.

Appellants

------

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

------

**ORDER**

Appellant's motion to strike in 24-3585 is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

September 29, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler