# No. 24-3585

**Consolidated with**
**Nos. 24-3444 (L), 24-3450, 24-3451, 24-3527, 24-3619, 24-3621**

# In the United States Court of Appeals
# for the Eighth Circuit

Rhonda Burnett, *et al.*,
*Plaintiffs-Appellees*,
*v.*
National Association of Realtors, *et al.*,
*Defendants-Appellees*,
*v.*
Brown Harris Stevens, *et al.*,
*Intervenors-Appellees*,
*v.*
Tanya Monestier,
*Objector-Intervenor-Appellant*.

———————————

Appeal from the United States District Court
for the Western District of Missouri,
Case No. 4:19-cv-00332 (SRB)
Hon. Stephen R. Bough

## MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT

Tanya Monestier
101 Charleston Ave
Kenmore, NY, 14217
Phone: (401) 644-2383
Email: tanyam@buffalo.edu
*Pro Se*
*Objector-Appellant*

I respectfully request that this Court allow me to appear for oral argument remotely from Toronto, Canada. In the alternative, I request that this Court permit me to waive oral argument.

———————

1. In early December, 2025, my 76-year old mother was diagnosed with a recurrence of pancreatic cancer. This will be her fourth cancer diagnosis in three years.

2. Surgery to remove her pancreas and spleen has been scheduled for January 5, 2026. Her expected hospital stay is approximately 10 days.

3. Surgery will render her an insulin dependent diabetic. We are expected to receive extensive training at the hospital on managing the condition.

4. I am my mother's primary medical caregiver and advocate. I will be relocating to Toronto for the month of January to assist with medical decision-making and day-to-day care.

5. Because of the uncertainty surrounding her condition, I cannot reliably travel to St. Louis without risking absence during critical periods.

6. I ask that you permit me to appear remotely for oral argument. There are seven appellants in the *Burnett* appeal who have collectively been allocated 30 minutes for oral argument. Thus, my oral argument is scheduled for no longer than 4 minutes. I am confident that argument can be presented effectively by video or telephone in accordance with the Court's procedures.

7. Alternatively, I request that you permit me to waive oral argument. The issues have been fully briefed, and I believe this Court could decide the case based on the written filings.

Dated: December 19, 2025      Respectfully submitted,


*/s/ Tanya Monestier*

Tanya Monestier
*Objector-Appellant*
101 Charleston Ave
Kenmore, NY
14217
Phone: (401) 644-2383
Email: tanyam@buffalo.edu

**CERTIFICATION OF COMPLIANCE**

This motion complies with Fed. R. App. P. 27(d)(2)(A) because the word count is 249 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in 14-point Century Schoolbook font. This motion complies with 8th Cir. R. 28A(h) because the PDF file has been scanned for viruses by Microsoft Defender Antivirus and is said to be virus-free by that program.

Dated: Dec. 19, 2025        Respectfully submitted,

*/s/ Tanya Monestier*

Tanya Monestier
*Objector-Appellant*
101 Charleston Ave
Kenmore, NY
14217
Phone: (401) 644-2383
Email: tanyam@buffalo.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  Dec. 19, 2025

Respectfully submitted,

*/s/ Tanya Monestier*

Tanya Monestier
*Objector-Appellant*
101 Charleston Ave
Kenmore, NY
14217
Phone: (401) 644-2383
Email: tanyam@buffalo.edu